UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:12-CR-149-BLW |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **FINAL ORDER OF FORFEITURE** |
| RYAN LESLIE MATTHEWS, | ) ) ) | |
| Defendant. | ) ) ) ) ) ) | |

  WHEREAS, on September 25, 2012, this Court entered a Preliminary Order of Forfeiture (docket no. 20) pursuant to the provisions of 18 U.S.C. § 2253 and based upon the Superseding Rule 11 Plea Agreement (docket no. 12) entered into in the above case between RYAN LESLIE MATTHEWS and the United States on June 28, 2012, forfeiting the properties described in the Forfeiture Allegation of the Information and as set out in the Preliminary Order;

  WHEREAS, the United States caused notice of the above-referenced forfeiture order to be published and sent in accordance with the requirements of Federal Rule of Criminal Procedure 32.2(b)(6), including publication on an official government internet site (www.forfeiture.gov) as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture

Actions, as required by Rule 32.2(b)(6)(C);

AND WHEREAS, no claims were filed.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that the Motion for Final Order of Forfeiture (docket no. 25) is GRANTED. The Court further finds that the United States Attorney General (or a designee) is designated to forthwith seize all of the forfeited properties, not heretofore seized, which are described below.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED:

That the right, title and interest to the hereinafter described property is hereby condemned, forfeited and vested in the United States, and that no claim of interest in said property shall exist in any other person or entity, and that said property shall be disposed of according to law:

### Subject Property:

1. Several hundred child pornography photos, including a Polaroid photo printed on paper;
2. One-hundred-thirty-eight (138) optical discs (CD/DVDs);
3. Six mini DV tape cassettes;
4. A Compaq Presario V5000 laptop computer, serial number CND6310FDB;

FINAL ORDER OF FORFEITURE - 2

5. An 80 GB Seagate hard disc drive, model ST980829A, serial number 5PK1NRHY;

6. An E-Machine tower desktop computer, model T2596, serial number AIV3B401;

7. A 60 GB Western Digital hard disc drive, model WD600BB, serial number WCAHL4451072; and

8. Various catalogs containing obscene hand printed dialog.

IT IS FURTHER ORDERED that all parties herein shall bear their own costs and fees.

DATED: April 2, 2013

_____
B. Lynn Winmill
Chief Judge
United States District Court

FINAL ORDER OF FORFEITURE - 3